UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )
                            )
            PLAINTIFF,      )    CASE NO. 16CR2892-JAH
                            )
VS.                         )    SAN DIEGO, CALIFORNIA
                            )
TYRONE CEDRIC DUREN,        )    MONDAY,
JENNIFER LYNN DUREN,        )    AUGUST 14, 2017
                            )    12:55 P.M.
            DEFENDANTS.     )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MOTION HEARING

BEFORE THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

REPORTED BY:   CAMERON P. KIRCHER
               CSR NO. 9427, RPR, CRR, RMR
               333 W. BROADWAY, SUITE 420
               SAN DIEGO, CALIFORNIA  92101
               E-MAIL:  CPKIRCHER@GMAIL.COM

```
 1     APPEARANCES:

 2     FOR THE GOVERNMENT:

 3                              ALANA WONG, ACTING U.S. ATTORNEY
                                BY:  KEVIN M. RAPP, ESQ.
 4                              ASSISTANT U.S. ATTORNEY
                                880 FRONT STREET
 5                              SAN DIEGO, CALIFORNIA  92101

 6                              U.S. ATTORNEY, DOJ
                                BY:  ABBIE BROUGHTON MARSH, ESQ.
 7                              40 N. CENTRAL
                                PHOENIX, ARIZONA  85004
 8

 9     FOR DEFENDANT TYRONE DUREN:

10                              JOHN D. KIRBY
                                ATTORNEY AT LAW
11                              110 WEST A STREET
                                SUITE 100
12                              SAN DIEGO, CALIFORNIA  92102

13     FOR DEFENDANT JENNIFER DUREN:

14                              ARENDSEN CANE MOLNAR, LLP
                                BY:  HAMILTON E. ARENDSEN, ESQ
15                              550 WEST C STREET
                                SUITE 1150
16                              SAN DIEGO, CALIFORNIA  92101

17

18

19

20

21

22

23

24

25
```

SAN DIEGO, CALIFORNIA - MONDAY, AUGUST, 14, 2017

12:55 P.M.

THE CLERK: ALL RIGHT. NO. 8 IS 16CR2892, THE UNITED STATES OF AMERICA VERSUS TYRONE CEDRIC DUREN AND JENNIFER LYNN DUREN.

MR. KIRBY: GOOD AFTERNOON, YOUR HONOR. JOHN KIRBY ON BEHALF OF MR. DUREN, WHO IS PRESENT.

MR. ARENDSEN: AND HAMILTON ARENDSEN FOR MS. DUREN, YOUR HONOR. SHE'S PRESENT ON BOND.

THE COURT: THANK YOU.

MR. RAPP: GOOD AFTERNOON. KEVIN RAPP AND ABBIE MARSH ON BEHALF OF THE UNITED STATES.

THE COURT: GOOD MORNING. I APPRECIATE YOU ALL FOR YOUR PATIENCE.

MR. ARENDSEN, BEFORE WE START THIS CASE, ON A TOTALLY DIFFERENT MATTER, WITH RESPECT TO THE LAST MATTER WE DISCUSSED HERE --

MR. ARENDSEN: YES, YOUR HONOR.

THE COURT: -- DEFENDANT NO. 3, COULD YOU DIRECT OR SHARE WITH THE DEFENSE COUNSEL FOR DEFENDANT NO. 3, THAT SECOND CORPORATION, THAT IT SHOULD FILE AN APPEARANCE. ALL RIGHT.

MR. ARENDSEN: YES, YOUR HONOR. I SPOKE WITH MR. MCDOWELL ABOUT IT, AND I'LL HANDLE IT.

THE COURT: ALL RIGHT. THANK YOU.

```
1              ONE SECOND BEFORE WE BEGIN HERE.
2              ALL RIGHT.  COUNSEL, I'M READY.  WHAT'S THE STATUS
3    HERE?
4              MR. KIRBY:  WELL, YOUR HONOR, WE'VE RECEIVED
5    DISCOVERY FROM THE GOVERNMENT.  I BELIEVE YOUR HONOR HAS A
6    PROPOSED SCHEDULING ORDER.
7              IN FURTHER SPEAKING TO MY CLIENT ABOUT IT, HE
8    ACTUALLY -- THE POINT ON THE FIRST PAGE OF THE ORDER,
9    LINE 26, MY CLIENT IS OF THE MIND THAT RULE 16 DISCOVERY
10   SHOULD BE -- THAT THEY HAVE -- SHOULD BE TURNED OVER BY THE
11   END OF THIS MONTH, OR BY SEPTEMBER 1ST, RATHER THAN OCTOBER.
12             THE COURT:  COUNSEL, EXCUSE ME.  I APPROVED THAT
13   ORDER BY SIGNING IT ALREADY, AND IT'S IN THE BOX; I DON'T
14   HAVE IT IN THE FILE.  SO YOU NEED TO BE MORE SPECIFIC ABOUT
15   THAT LINE AND PAGE NUMBER.
16             MR. KIRBY:  I'M SORRY, YOUR HONOR.  IT IS -- IT'S,
17   AGAIN, I BELIEVE LINE 25.  IT SAYS, "COMPLIANCE WITH RULE 16
18   DISCOVERY," AND THE NEXT COLUMN OVER IS "OCTOBER 2ND, 2017."
19             AND MY CLIENT ASKED ME, UPON REFLECTION OF THAT
20   ORDER, THAT GIVEN THAT THE GOVERNMENT HAS BEEN INVESTIGATING
21   THIS CASE SINCE 2013, THAT WE SHOULD HAVE RULE 16 DISCOVERY
22   ESSENTIALLY ALREADY, ASIDE FROM STUFF, WHATEVER IS COMING
23   WITH THEIR ONGOING INVESTIGATION; BECAUSE I DO KNOW FROM
24   OTHER SOURCES THAT THEY CONTINUE TO INVESTIGATE AND CONDUCT
25   INTERVIEWS.
```

1    AND I'D ALSO ASK THAT THAT DISCOVERY BE GIVEN ON A
2    ROLLING BASIS AS IT IS PRODUCED BY THE GOVERNMENT AGENCIES.
3            THE COURT: ALL RIGHT. COUNSEL.
4            MR. RAPP: WE DON'T HAVE AN OBJECTION TO THAT.
5    WE'RE MAKING DISCOVERY AVAILABLE AS IT COMES IN. WE'RE NOT
6    SITTING ON ANYTHING.
7            THE COURT: HAVE YOU DISCLOSED EVERYTHING YOU HAVE
8    FROM THE INITIAL INVESTIGATION OR ARREST?
9            MR. RAPP: OH, FROM THE INITIAL INVESTIGATION FOR
10   SURE. WE HAVE DONE ADDITIONAL INVESTIGATION AND CONTINUE TO
11   GET COMPLIANCE ON SOME SUBPOENAS. AND AS WE GET THAT, WE
12   DISCLOSE IT TO THE DEFENSE.
13            THERE IS NOTHING THAT -- AS FAR AS I KNOW, THAT
14   WE'RE SITTING ON. I CAN CONFER WITH MY AGENTS, SOME OF THEM
15   ARE IN THE COURTROOM. I WILL MAKE SURE, ABSOLUTELY, THAT
16   THERE IS NO BIG BOXES OF DISCOVERY THAT ARE SOMEWHERE THAT
17   SHOULD HAVE BEEN DISCLOSED. BUT FROM OUR PERSPECTIVE, FROM
18   THE MINUTE WE GET IT, WE GET IT BATES'D AND OUT TO THE
19   DEFENSE.
20            THE COURT: OKAY. AND THE INTENT BEHIND THE
21   OCTOBER 2ND DEADLINE?
22            MR. RAPP: WELL, I WANTED TO FIX A DATE IN THE
23   SCHEDULING ORDER THAT WE HAD TO COMPLY WITH. I BELIEVE, AS I
24   STAND HERE TODAY, THE VAST MAJORITY OF OUR DISCOVERY HAS BEEN
25   DISCLOSED. IF THERE IS ANYTHING OUT THERE, I'LL MAKE SURE

1  IT'S TO THE DEFENSE BEFORE OR ON OCTOBER 2ND.

2        IF I UNDERSTOOD DEFENSE COUNSEL, THEY WERE ASKING

3  THAT THAT BE MOVED TO THE END OF SEPTEMBER, WHICH --

4        MR. KIRBY: BEGINNING OF SEPTEMBER.

5        MR. RAPP: OH, BEGINNING OF SEPTEMBER. WE DON'T

6  HAVE A PROBLEM WITH THAT.

7        THE COURT: YOU DON'T ANTICIPATE ANY ONGOING

8  DISCOVERY AFTER THAT DATE?

9        MR. RAPP: GIVE ME ONE SECOND. LET ME JUST TALK TO

10 MY AGENTS AND MAKE SURE I'M NOT MISSING ANYTHING.

11       THE COURT: SURE.

12       MR. RAPP: I'M TOLD THAT WE HAVE SOME RECORDS THAT

13 ARE STILL COMING IN. WE EXPECT TO GET THOSE SHORTLY, AND WE

14 WILL GET THEM OUT TO THE DEFENSE. THESE ARE SOME BANK

15 RECORDS, SOME ADDITIONAL OFFSETS.

16       MR. KIRBY: AND, YOUR HONOR, WE HAVE RECEIVED A GOOD

17 AMOUNT OF DISCOVERY. AND I HAVE ATTEMPTED, VIA LETTER

18 CORRESPONDENCE BACK AND FORTH, TO GAIN ADDITIONAL PARTICULAR

19 ITEMS. I WOULD ANTICIPATE THERE MIGHT BE A MORE CONTESTED

20 DISCOVERY HEARING SOME TIME, IN THAT -- AT THE COURT'S

21 SCHEDULE, BECAUSE THERE ARE CERTAIN ITEMS THAT MR. DUREN

22 (SIC) DOES NOT FEEL HE NEEDS TO PROVIDE THAT I DO.

23       AND SO WE CAN -- I CAN FILE THAT MOTION AT YOUR

24 HONOR'S CONVENIENCE, AND THEN IT CAN BE HEARD AT THE COURT'S

25 CONVENIENCE AS WELL. IT'S NOTHING RIPE, DIRE, URGENT, BUT

1  IT'S SOMETHING THAT WE BELIEVE -- SOME THINGS WE BELIEVE
2  WE'RE ENTITLED TO.
3     THE COURT: ALL RIGHT. THANK YOU.
4     MR. DUREN, WITH RESPECT TO YOUR THINKING THAT THE
5  DISCOVERY CUTOFF SHOULD BE MOVED FORWARD, THE COURT FINDS
6  THAT -- FIRST, THE COURT ACCEPTS THE REPRESENTATIONS BY THE
7  UNITED STATES AS TO PROVIDING THE DISCOVERY THAT THEY HAVE
8  AND THEY CONTINUE TO GIVE IT TO YOU AS THEY GET IT.
9     I'M OF THE MIND NOT TO MODIFY THAT AGREEMENT, UNLESS
10  YOU WANT TO TOTALLY BACK OUT OF THE WHOLE THING. I THINK
11  IT'S REASONABLE FOR ANOTHER MONTH -- IF SUBPOENAED
12  INFORMATION IS DABBLING IN, IT SHOULD BE GIVEN TO YOU ONCE
13  IT'S RECEIVED, AND IN THE COURT'S VIEW, IS NOT UNREASONABLE
14  FOR THE ADDITIONAL MONTH, TO MAKE SURE YOU GET EVERYTHING
15  DURING -- AS IT IT COMES UP.
16     AGAIN, THE COURT ACCEPTS THE GOVERNMENT'S
17  REPRESENTATION THEY ARE GIVING IT TO YOU AS SOON AS THEY GET
18  IT IN THAT REGARD.
19     OKAY. ANYTHING ELSE?
20     MR. KIRBY: YOUR HONOR, IF YOU WANT TO SET A FURTHER
21  DISCOVERY HEARING, OR DO YOU WANT ME JUST TO -- TO FILE THE
22  MOTION, I NEED TO HAVE SOME DATE. AND THERE IS ADDITIONAL
23  MATERIAL WE -- I THINK WE ARE GOING TO BE ARGUING OVER.
24     THE COURT: ALL RIGHT. WE HAVE A SCHEDULE,
25  PRE-TRIAL SCHEDULE NOW. I THINK WE SHOULD STICK WITH THE

1  PRE-TRIAL SCHEDULE.  IF THERE IS AN ISSUE THAT, AFTER MEETING
2  AND CONFERRING, YOU HAVE A STRONG SENSE THAT YOU ARE NOT
3  GOING TO GET WHAT YOU WANT, I SUGGEST YOU SIMPLY WORK WITH
4  MR. MCDOWELL TO SET A DATE ON CALENDAR TO DO THAT.
5            MR. KIRBY:  OKAY, YOUR HONOR.  I WILL DO SO.
6            THE COURT:  OKAY.  ANYTHING ELSE?
7            MR. ARENDSEN:  NOT FROM THE DEFENSE, YOUR HONOR.
8            MR. RAPP:  NOT FROM THE UNITED STATES.
9            THE COURT:  VERY WELL.
10           MR. RAPP:  THANK YOU.
11           THE COURT:  YOU'RE WELCOME.  THAT'S ALL.
12           (PROCEEDINGS CONCLUDED AT 1:04 P.M.)
13                            --o0o--
14                      C E R T I F I C A T I O N
15           I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
   QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
16 STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND
   CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE
17 AFOREMENTIONED CAUSE; THAT SAID TRANSCRIPT IS A TRUE AND
   CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE
18 FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS
   OF THE UNITED STATES JUDICIAL CONFERENCE.
19
            DATED:  MARCH 16, 2018, AT SAN DIEGO, CALIFORNIA.
20
                              S/CAMERON P. KIRCHER
21                            CAMERON P. KIRCHER
22
23
24
25