```
              UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,   )
                            )
           PLAINTIFF,       )   CASE NO. 16CR2892-JAH
                            )
VS.                         )   SAN DIEGO, CALIFORNIA
                            )
TYRONE CEDRIC DUREN,        )   FRIDAY,
                            )   JULY 27, 2018
           DEFENDANT.       )   12:19 P.M.
_____)


          REPORTER'S TRANSCRIPT OF PROCEEDINGS

                TELEPHONIC STATUS HEARING

       BEFORE THE HONORABLE JOHN A. HOUSTON
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:    ADAM BRAVERMAN, U.S. ATTORNEY
                       BY:  KEVIN M. RAPP, ESQ.
                       ASSISTANT U.S. ATTORNEY
                       880 FRONT STREET
                       SAN DIEGO, CALIFORNIA  92101

FOR THE DEFENDANT:     JOHN DAVID KIRBY
                       ATTORNEY AT LAW
                       110 WEST A STREET
                       SUITE 1100
                       SAN DIEGO, CALIFORNIA  92101


REPORTED BY:   CAMERON P. KIRCHER
               CSR NO. 9427, RPR, CRR, RMR
               333 W. BROADWAY, SUITE 420
               SAN DIEGO, CALIFORNIA  92101
               E-MAIL:  CPKIRCHER@GMAIL.COM
```

```
 1            SAN DIEGO, CALIFORNIA - FRIDAY, JULY 27, 2018
 2                           12:19 P.M.
 3            THE COURT:  ALL RIGHT.  MR. MCDOWELL, WILL YOU CALL
 4    THE CASE.
 5            THE CLERK:  THIS IS NO. 12.  IT'S 16CR2892, THE
 6    UNITED STATES OF AMERICA VERSUS TYRONE CEDRIC DUREN.
 7            THE COURT:  ALL RIGHT.  MR. RAPP AND MR. KIRBY,
 8    YOU'RE ON THE LINE?
 9            MR. KIRBY:  YES.
10            MR. RAPP:  YES, YOUR HONOR.
11            THE COURT:  IS YOUR CLIENT HERE, MR. KIRBY?
12            MR. KIRBY:  YOUR HONOR, MY CLIENT IS ACTUALLY ON MY
13    CELL PHONE WITH SPEAKER --
14            THE COURT:  OKAY.
15            MR. KIRBY:  -- SO HE CAN HEAR THE PROCEEDINGS.
16            THE COURT:  ALL RIGHT.  MR. DUREN, GOOD AFTERNOON.
17            MR. DUREN:  GOOD AFTERNOON, YOUR HONOR.
18            THE COURT:  WE'RE HERE FOR A STATUS.
19            IS THERE ANYTHING TO DISCUSS, OTHER THAN THE JURY
20    QUESTIONNAIRE?
21            MR. KIRBY:  YES, YOUR HONOR, THERE IS.
22            THE COURT:  ALL RIGHT.
23            MR. KIRBY:  YOUR HONOR, I'VE BEEN DEALING WITH MY
24    FORENSIC ACCOUNTANT.  I THINK WE TALKED ABOUT THIS BEFORE.
25    HE'S NOW TELLING ME THAT HE'S NOT GOING TO BE DONE UNTIL THE
```

1  END OF SEPTEMBER --

2  THE COURT: ALL RIGHT.

3  MR. KIRBY: -- WHICH OBVIOUSLY IS PAST THE TRIAL
4  DATE.

5  I'M AS FRUSTRATED PROBABLY AS MR. RAPP IS AND YOU
6  ARE. HE'S BEEN WORKING DILIGENTLY ON THE MATERIALS. WE'VE
7  PAID HIM A HANDSOME SUM. HE'S DOING A DEPOSIT-BY-DEPOSIT
8  ANALYSIS; AND I TALKED TO HIM YESTERDAY ABOUT THIS.

9  SO ON THAT BASIS, YOUR HONOR, I'M ASKING FOR ONE
10 LAST CONTINUANCE.

11 THE COURT: MR. RAPP.

12 MR. RAPP: WELL, A COUPLE THINGS, JUDGE. WE'D
13 OBJECT TO THAT. THIS IS THE FIRST WE'VE HEARD ABOUT IT.

14 THE CASE IS NOW ALMOST TWO YEARS, GETTING PRETTY
15 CLOSE TO TWO YEARS SINCE IT'S BEEN INDICTED. YOU KNOW,
16 SEPTEMBER -- IF THE REPORT CAN BE COMPLETED BY THE END OF
17 SEPTEMBER, CERTAINLY SOMEBODY COULD BE ORDERED TO HAVE IT
18 COMPLETED SEVERAL WEEKS EARLIER.

19 YOU KNOW, THE ONLY -- THE ONLY PARTY THAT WOULD BE
20 PREJUDICED IF IT WAS DISCLOSED CLOSE TO THE TRIAL OR JUST
21 PRIOR TO TRIAL WOULD BE THE UNITED STATES. BUT WE HAVE DONE
22 A FAIRLY THOROUGH ANALYSIS, AND WE CERTAINLY FEEL PREPARED
23 THAT WE COULD REBUT A FORENSIC ANALYSIS THAT WOULD BE
24 DISCLOSED CLOSE TO THE TRIAL DATE.

25 SO, YOU KNOW, I DON'T KNOW WHEN THIS EXPERT WAS

1  RETAINED, BUT, YOU KNOW, IF THE EXPERT WAS RETAINED RECENTLY,
2  THEN THAT'S JUST THE WAY IT IS.  I MEAN, YOU DON'T GET ALL
3  THE TIME IN THE WORLD TO COMPLETE AN EVALUATION.  IF THE
4  EXPERT WAS RETAINED SOME TIME BACK, THEN THAT ALSO IS TOO
5  BAD.  YOU JUST DON'T GET, YOU KNOW, AN INDEFINITE AMOUNT OF
6  TIME TO COME UP WITH EXPERTS.
7      IT IS CLEAR FROM THE INDICTMENT AND FROM THE
8  DISCOVERY THAT THIS CASE WOULD INVOLVE FORENSIC ACCOUNTING.
9  AND, YOU KNOW, IT'S A FAIRLY TYPICAL PUBLIC
10 CORRUPTION/WHITE-COLLAR CASE, AND THEY WOULD HAVE KNOWN THIS,
11 AND THIS SHOULD HAVE BEEN ONE OF THE FIRST THINGS THAT SHOULD
12 HAVE BEEN COMPLETED; SO WE WOULD OBJECT.
13     I MEAN, WE -- YOU KNOW, WE HAD A COURT ORDER THAT
14 SAID THAT THIS TRIAL DATE WAS GOING TO GO IN JUNE.  WE
15 CERTAINLY MADE ARRANGEMENTS NOT ONLY FOR OUR WITNESSES BUT
16 ALSO FOR THE ATTORNEYS AND THE STAFF TO BE IN SAN DIEGO
17 DURING JUNE TO TRY THE CASE.  IT'S NOW BEEN CONTINUED TO
18 SEPTEMBER.  ANY FURTHER DELAY, YOU GET INTO THE HOLIDAYS AND
19 ALL THAT.  IT'S JUST GOING TO EXTEND THIS INDEFINITELY, SO WE
20 WOULD OBJECT.
21     I SUPPOSE WE WOULD LIKE TO BE HEARD.  YOU KNOW, THIS
22 IS JUST OFF-THE-CUFF, BUT I KNOW THAT CASE LAW OUT THERE ALSO
23 SUPPORTS THE POSITION THAT IF AN EXPERT HASN'T BEEN DISCLOSED
24 TIMELY, THEN THEY CAN BE PRECLUDED.  AND SO WE WOULD
25 DEFINITELY LIKE TO PROVIDE THE COURT THAT -- THAT CASE LAW.

1  MR. KIRBY: YOUR HONOR, THE FORENSIC ACCOUNTANT
2  THAT I'M USING RIGHT NOW WAS HIRED LAST NOVEMBER. HE'S
3  BEEN WORKING DILIGENTLY SINCE THEN. HE WILL NOT BE THE
4  PERSON WHO TESTIFIES, FOR REASONS I'D RATHER NOT DISCLOSE,
5  BUT WHAT NEEDS TO HAPPEN IS HE NEEDS TO FINISH HIS
6  EXAMINATION AND THEN THE -- THEN AN EXPERT, IN PROBABLY TWO
7  WEEKS, CAN EXAMINE THAT AND WRITE A REPORT AND GET IT TO THE
8  GOVERNMENT.
9  LIKE I SAY, YOUR HONOR, THIS IS SOMETHING THAT I
10  THOUGHT WE HAD SETTLED, AND IT'S TAKING LONGER THAN
11  ANTICIPATED. I MEAN, YOUR HONOR, I'M SURE IN EITHER -- I
12  MEAN, IT DEPENDS ON IF MR. RAPP IS SAYING IF HE GETS A REPORT
13  RIGHT BEFORE TRIAL, HE HAS NO PROBLEM WITH THAT, WE CAN
14  PROBABLY GO TO TRIAL IN MID-OCTOBER. IF MR. RAPP WANTS A
15  COUPLE WEEKS, THEN WE COULD GO AT THE END OF OCTOBER.
16  I MEAN, YOUR HONOR, WE'RE NOT SITTING ON OUR HANDS.
17  IT'S JUST WE'RE TALKING ABOUT SEVEN YEARS OF TRACKING EVERY
18  DEPOSIT, WHERE IT CAME FROM, JUST BASICALLY TO SHOW WHAT
19  WE'RE INTENDING TO SHOW, AND, YOU KNOW, THE DEFENSE THEORY,
20  WHATEVER, IS THAT THERE WAS -- ACTUALLY, MR. DUREN EARNED
21  MORE MONEY THAN ANY FINANCIAL TRANSACTIONS THAT THEY WANT TO
22  SHOW; SO THAT GOES BOTH TO MONEY LAUNDERING AND IT'S ALSO
23  GOING TO GO, AS FAR AS TAXES PAID, TO THE TAX EVASION CHARGE.
24  THE COURT: ALL RIGHT. THE COURT --
25  MR. KIRBY: AS I SAY, YOUR HONOR, I'VE HIRED A

1  SECOND-CHAIR ATTORNEY FOR THIS. I'VE HIRED A PARALEGAL FOR
2  THIS BASED ON THE SEPTEMBER DATES. I DON'T KNOW IF THEY ARE
3  GOING TO BE AVAILABLE. SO IT'S NOT JUST AS THOUGH I'M
4  DELAYING THIS FOR THE SAKE OF DELAYING. I BELIEVE THIS IS
5  NECESSARY FOR MY CLIENT TO GET A FAIR TRIAL.
6          MR. RAPP: WELL --
7          MR. KIRBY: AND I CAN PROMISE, YOUR HONOR, THAT IF I
8  HAVE TO DO THE ACCOUNTING MYSELF, THERE WILL NOT BE A FURTHER
9  CONTINUANCE.
10         THE COURT: WELL, TO BOTH PARTIES, I AGREE WITH THE
11 GOVERNMENT THAT THE DEFENDANT DOESN'T HAVE A RIGHT TO HAVE
12 ALL THE TIME HE NEEDS OR WANTS TO DEVELOP A DEFENSE, BUT HE'S
13 GOT TO HAVE SUFFICIENT OPPORTUNITY TO DEVELOP A DEFENSE.
14         THIS IS NOT A REACTIVE CASE. IT HAS BEEN AROUND FOR
15 SOME TIME. IT'S A SIGNIFICANT CASE WITH ALLEGATIONS AGAINST
16 A FEDERAL AGENT. AND IT APPEARS TO THE COURT FROM
17 DISCUSSIONS TODAY, AS WELL AS PREVIOUS DISCUSSIONS, THAT THE
18 MONEY -- TRACKING THE MONEY IS SIGNIFICANT TO THE PROOF IN
19 THIS CASE.
20         THE COURT WILL GRANT THE CONTINUANCE -- WELL, THE
21 COURT WILL VACATE THE TRIAL DATE. AND, UNFORTUNATELY, AT
22 THIS JUNCTURE, I DON'T HAVE AN EIGHT- OR TEN-DAY BLOCK
23 BETWEEN NOW AND CHRISTMAS.
24         MR. RAPP: JUDGE, LOOK -- LOOK, JUDGE, PLEASE. WE
25 HAVE -- THE COURT HAS BLOCKED OUT THIS TIME. HOW COULD HE

1  HAVE NOT KNOWN THAT HE WOULD NEED A FORENSIC ACCOUNTANT IN
2  THIS CASE?
3          AND BY THE WAY, THE IDEA THAT SOME ACCOUNTANT HAS
4  DONE AN ANALYSIS, AND YET ANOTHER ACCOUNTANT IS IN SOME
5  FASHION GOING TO ADOPT THE CONCLUSIONS AND TESTIFY TO IT, I
6  MEAN, EVEN WHAT THEY HAVE PROPOSED AS THE EXPERT WOULD NOT
7  PASS MUSTER.
8          YOU KNOW, WE REALLY OBJECT TO THIS.  WE ENTERED A
9  COURT ORDER THAT WE WERE TO GO ON JUNE 5TH.  WE ARE NOW -- IT
10 SOUNDS LIKE THE COURT IS SUGGESTING THIS MAY BE INTO 2019.
11         THE COURT:  I UNDERSTAND THE OBJECTION, SIR.  I HEAR
12 IT.  I RESPECTFULLY DISAGREE WITH YOU.  YOUR OBJECTION IS
13 OVERRULED.  THE COURT VACATES THE TRIAL DATE.
14         WE'RE GOING TO HAVE A STATUS HEARING -- SINCE THE
15 PROJECTION IS THE END OF SEPTEMBER FOR THE ACCOUNTING TO BE
16 DONE, WE'LL HAVE A STATUS HEARING THE FIRST WEEK IN OCTOBER.
17         HOLD ONE SECOND, PLEASE.  I LEFT MY CALENDAR IN THE
18 COURTROOM.
19         (DISCUSSION HELD OFF THE RECORD.)
20         THE COURT:  ALL RIGHT.  COUNSEL, THERE WILL BE A
21 STATUS HEARING ON OCTOBER 8TH.
22         DID I LOSE SOMEONE?
23         MR. RAPP:  I'M STILL ON.
24         MR. KIRBY:  NO.
25         THE COURT:  VERY WELL.  HOLD ONE SECOND.

1   (DISCUSSION HELD OFF THE RECORD.)
2   THE COURT: ALL RIGHT. COUNSEL, WE'LL HAVE A STATUS
3   HEARING ON OCTOBER 9TH AT 2:30 IN THE AFTERNOON. AND I'LL
4   PERMIT THE UNITED STATES TO APPEAR TELEPHONICALLY.
5   AND BY -- BEFORE THE HEARING DATE, MR. KIRBY, YOU
6   ARE TO NOTICE ALL EXPERTS. IF SOMEONE ELSE IS COMING IN TO
7   EXPLAIN, TO BE AN EXPERT HERE, YOU HAVE TO NOTICE BY --
8   BEFORE THE HEARING ON OCTOBER 9TH.
9   MR. KIRBY: ABSOLUTELY, YOUR HONOR.
10  THE COURT: THAT'S THE CUTOFF DATE FOR ANY AND ALL
11  EXPERTS BY THE DEFENSE.
12  MR. KIRBY: YES, YOUR HONOR.
13  THE COURT: ALL RIGHT. AND SO WITH RESPECT TO THE
14  JURY QUESTIONNAIRE, WE'LL TABLE THAT MATTER. JURY TRIAL IS
15  VACATED.
16  AND I CAN GIVE YOU MY TAKE ON THE JURY QUESTIONNAIRE
17  AT THE NEXT HEARING AS WELL.
18  MR. KIRBY: YES, YOUR HONOR. THANK YOU.
19  THE COURT: ALL RIGHT. THAT'S ALL. WE'RE IN
20  RECESS.
21  MR. RAPP: THANK YOU, YOUR HONOR.
22  THE COURT: CERTAINLY. BYE.
23  (PROCEEDINGS CONCLUDED AT 12:30 P.M.)
24                         --OOO--
25

C E R T I F I C A T I O N

    I HEREBY CERTIFY THAT I AM A DULY APPOINTED, QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE; THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL CONFERENCE.

    DATED: JULY 31, 2018, AT SAN DIEGO, CALIFORNIA.

                                   S/<u>CAMERON P. KIRCHER</u>
                                   CAMERON P. KIRCHER