1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
          PLAINTIFF,         )   CASE NO. 16MJ3668-WVG
                             )
VS.                          )   SAN DIEGO, CALIFORNIA
                             )
TYRONE CEDRIC DUREN,         )   TUESDAY,
JENNIFER LYNN DUREN,         )   DECEMBER 1, 2016
                             )   10:54 A.M.
          DEFENDANTS.        )
_____)
```

TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

TRANSCRIPT ORDERED BY:   JOHN KIRBY, ESQ.

TRANSCRIBER:             CAMERON P. KIRCHER

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION.

```
1    APPEARANCES:

2    FOR THE GOVERNMENT:         KEVIN M. RAPP
                                 ASSISTANT U.S. ATTORNEYS
3                                880 FRONT STREET
                                 SAN DIEGO, CALIFORNIA   92101
4

5    FOR DEFENDANT TYRONE DUREN:

6                                ANTHONY E. COLOMBO, JR.
                                 MICHAEL HERNANDEZ
7                                ATTORNEYS AT LAW
                                 105 WEST F. STREET
8                                SUITE 310
                                 SAN DIEGO, CALIFORNIA   92101
9
     FOR DEFENDANT JENNIFER DUREN:
10
                                 ARENDSEN CANE MOLNAR, LLP
11                               BY:  HAMILTON ARENDSEN, ESQ.
                                      PETER BLAIR, ESQ.
12                               550 WEST C STREET
                                 SUITE 1150
13                               SAN DIEGO, CALIFORNIA   92101

14

15

16

17

18

19

20

21

22

23

24

25
```

1          SAN DIEGO, CALIFORNIA - THURSDAY, DECEMBER 1, 2016

2                              10:54 A.M.

3          THE CLERK: CALLING MATTERS 4 AND 5 FROM THE LOG.

4          (PAUSE WHILE THE COURT HEARD OTHER MATTERS.)

5          THE CLERK: MATTER NO. 5, 16MJ3668, UNITED STATES OF

6    AMERICA VERSUS TYRONE CEDRIC DUREN AND JENNIFER LYNN DUREN.

7          (PAUSE WHILE THE COURT HEARD OTHER MATTERS.)

8          MR. RAPP: GOOD MORNING, YOUR HONOR. KEVIN RAPP ON

9    BEHALF OF THE UNITED STATES FOR THE DURENS.

10         THE COURT: GOOD MORNING.

11         MR. COLOMBO: GOOD MORNING, YOUR HONOR. ANTHONY

12   COLOMBO AND MICHAEL HERNANDEZ MAKING A SPECIAL APPEARANCE ON

13   BEHALF OF TYRONE DUREN.

14         MR. BLAIR: GOOD MORNING, YOUR HONOR. PETER BLAIR

15   AND ALSO HAMILTON ARENDSEN MAKING A SPECIAL APPEARANCE ON

16   BEHALF OF JENNIFER DUREN.

17         THE COURT: GOOD MORNING.

18         ALL RIGHT. MR. COLOMBO, YOU'RE HERE ON A SPECIAL

19   APPEARANCE FOR MR. TYRONE DUREN?

20         MR. COLOMBO: TYRONE DUREN, YES; MYSELF AND ATTORNEY

21   MICHAEL HERNANDEZ.

22         THE COURT: OKAY. THANK YOU.

23         AND AS TO JENNIFER DUREN, THAT'S MR. ARENDSEN?

24         MR. ARENDSEN: YES, YOUR HONOR. GOOD MORNING.

25   MYSELF AND PETER BLAIR. WE'RE ALSO SPECIALLY APPEARING

1 PENDING FORMAL RETENTION.

2 THE COURT: THANK YOU.

3 GOOD MORNING. EACH OF YOU IS HERE BECAUSE A
4 COMPLAINT HAS BEEN FILED AGAINST YOU CHARGING YOU WITH
5 COMMITTING AN OFFENSE AGAINST THE LAWS OF THE UNITED STATES.
6 I'LL SPEAK WITH EACH OF YOU INDIVIDUALLY IN A FEW MINUTES,
7 AND WHEN I DO, I'LL ADVISE YOU OF THE SPECIFIC CHARGES
8 AGAINST YOU, BUT FIRST I'M GOING TO ADDRESS YOU AS A GROUP TO
9 ADVISE YOU OF SOME THINGS THAT APPLY TO ALL OF YOU.

10 FIRST, YOU'RE NOT REQUIRED TO MAKE ANY STATEMENT
11 HERE TODAY, AND I WANT TO CAUTION YOU THAT ANY STATEMENT YOU
12 MAKE COULD BE USED AGAINST YOU LATER ON.

13 SECOND, YOU HAVE THE RIGHT TO BE REPRESENTED BY AN
14 ATTORNEY THROUGH ALL PROCEEDINGS IN YOUR CASE. AND IF YOU
15 CANNOT AFFORD TO HIRE AN ATTORNEY, I'LL APPOINT AN ATTORNEY
16 TO REPRESENT YOU AT NO COST TO YOU.

17 THIRD, IF YOU'RE NOT A UNITED STATES CITIZEN, YOU
18 MAY REQUEST THAT AN ATTORNEY FOR THE GOVERNMENT OR A FEDERAL
19 LAW ENFORCEMENT OFFICIAL NOTIFY A CONSULAR OFFICER FROM YOUR
20 COUNTRY OF NATIONALITY THAT YOU'VE BEEN ARRESTED. CONSULAR
21 NOTIFICATION MAY BE REQUIRED IN ANY EVENT BY A TREATY OR
22 OTHER INTERNATIONAL AGREEMENT EVEN WITHOUT YOUR REQUEST.

23 AND FOURTH, YOU HAVE THE RIGHT TO A HEARING KNOWN AS
24 A PRELIMINARY HEARING. THAT'S A HEARING AT WHICH THE
25 GOVERNMENT MUST ESTABLISH THERE IS PROBABLE CAUSE TO BELIEVE

1    YOU COMMITTED THE CRIME OR CRIMES WITH WHICH YOU ARE CHARGED.
2    IF THE PROSECUTOR OBTAINS AN INDICTMENT PRIOR TO THE DATE SET
3    FOR THE PRELIMINARY HEARING, THERE WILL BE NO PRELIMINARY
4    HEARING.  INSTEAD, ON THE DATE SET FOR THE PRELIMINARY
5    HEARING, YOU'LL BE ARRAIGNED ON THE INDICTMENT AND YOUR CASE
6    WILL BE SET BEFORE A DISTRICT JUDGE FOR FURTHER PROCEEDINGS.
7            YOUR PRELIMINARY HEARING ALSO MAY NOT GO FORWARD IF
8    YOUR ATTORNEY ASKS FOR MORE TIME TO TRY TO NEGOTIATE A DEAL
9    WITH THE GOVERNMENT ON YOUR BEHALF OR IF YOUR ATTORNEY
10   NEGOTIATES A DEAL WITH THE GOVERNMENT AND AS PART OF THAT
11   DEAL, YOU AGREE TO WAIVE OR GIVE UP INDICTMENT BY THE GRAND
12   JURY.
13           YOU HAVE THE RIGHT TO REASONABLE CONDITIONS OF
14   RELEASE, UNLESS THE GOVERNMENT MOVES FOR DETENTION WITHOUT
15   BAIL.  IF THE GOVERNMENT DOES NOT MOVE FOR DETENTION, I'LL
16   HEAR RECOMMENDATIONS FROM BOTH THE PROSECUTOR AND YOUR
17   DEFENSE ATTORNEY AS TO WHAT YOUR CONDITIONS OF RELEASE SHOULD
18   BE, AND I'LL THEN SET CONDITIONS OF RELEASE FOR YOU.
19           HOWEVER, IF THE GOVERNMENT REQUESTS YOU BE DETAINED
20   WITHOUT BAIL, I'LL SET A DETENTION HEARING AT WHICH YOU'LL BE
21   REPRESENTED BY YOUR ATTORNEY.  AT ANY DETENTION HEARING, THE
22   GOVERNMENT WOULD HAVE TO ESTABLISH EITHER THAT YOU POSE A
23   RISK OF FLIGHT OR DANGER, SUCH THAT THERE IS NO CONDITION OR
24   COMBINATION OF CONDITIONS I COULD SET THAT WOULD REASONABLY
25   ASSURE YOUR APPEARANCE IN COURT OR THE SAFETY OF THE

```
 1   COMMUNITY.
 2           IF BAIL IS SET, YOU'LL BE REQUIRED TO FOLLOW SOME
 3   STANDARD CONDITIONS.  THOSE STANDARD CONDITIONS WHICH APPLY
 4   TO ALL OF YOU ARE AS FOLLOWS:
 5           YOU MUST MAKE ALL OF YOUR COURT APPEARANCES WITHOUT
 6   FAIL.
 7           YOU MUST NOT VIOLATE ANY FEDERAL, STATE OR LOCAL
 8   LAW.
 9           YOU MUST REPORT FOR SUPERVISION TO PRETRIAL
10   SERVICES.
11           YOU CANNOT POSSESS OR USE ANY NARCOTIC, DRUGS OR
12   CONTROLLED SUBSTANCES WITHOUT A LAWFUL MEDICAL PRESCRIPTION.
13           YOU CANNOT POSSESS ANY FIREARMS, DANGEROUS WEAPONS
14   OR EXPLOSIVE DEVICES.
15           YOU MUST READ AND UNDERSTAND THE ADVICE OF PENALTIES
16   AND SANCTIONS FORM.
17           AND YOU MUST PROVIDE THE COURT WITH A CURRENT
18   RESIDENCE ADDRESS AND PHONE NUMBER BEFORE ANY RELEASE FROM
19   CUSTODY.
20           OTHER SPECIAL CONDITIONS MAY ALSO BE ADDED DEPENDING
21   UPON YOUR PARTICULAR CIRCUMSTANCES.
22           (PAUSE WHILE THE COURT HEARD OTHER MATTERS.)
23           THE COURT:  TYRONE CEDRIC DUREN AND JENNIFER LYNN
24   DUREN.
25           EACH OF YOU IS CHARGED WITH CONSPIRACY TO KNOWINGLY
```

1 ENGAGE AND ATTEMPT TO ENGAGE IN MONETARY TRANSACTIONS BY,
2 THROUGH OR TO A FINANCIAL INSTITUTION AFFECTING INTERSTATE OR
3 FOREIGN COMMERCE IN CRIMINALLY DERIVED PROPERTY OF A VALUE
4 GREATER THAN $10,000;
5     TO KNOWINGLY STRUCTURE OR ATTEMPT TO STRUCTURE AND
6 ASSIST IN STRUCTURING TRANSACTIONS WITH ONE OR MORE DOMESTIC
7 FINANCIAL TRANSACTIONS FOR THE PURPOSE OF EVADING THE
8 CURRENCY TRANSACTION REPORTING REQUIREMENTS IMPOSED UPON
9 DOMESTIC FINANCIAL INSTITUTIONS;
10     AND TO KNOWINGLY CONDUCT OR ATTEMPT TO CONDUCT
11 FINANCIAL TRANSACTIONS KNOWING THE PROPERTY INVOLVED IN THE
12 FINANCIAL TRANSACTION REPRESENTED THE PROCEEDS OF SOME FORM
13 OF UNLAWFUL ACTIVITY, WHICH, IN FACT, INVOLVED PROCEEDS OF
14 SPECIFIED UNLAWFUL ACTIVITY WHILE ACTING WITH THE INTENT TO
15 ENGAGE IN CONDUCT IN VIOLATION OF TITLE 26, UNITED STATES
16 CODE SECTION 7201 OR 7206.  ALL IN VIOLATION OF TITLE 18,
17 UNITED STATES CODE SECTION 1956(A)(1)(A)(II).
18     EACH OF YOU IS ALSO ALLEGED TO HAVE ENGAGED IN
19 TRANSACTIONAL MONEY LAUNDERING AND TRANSACTIONAL MONEY
20 LAUNDERING AND STRUCTURING FINANCIAL TRANSACTIONS.
21     MR. DUREN, YOU ARE ALLEGED TO HAVE MADE FALSE
22 STATEMENTS TO A FEDERAL AGENT.  AND EACH OF YOU IS ALLEGED TO
23 HAVE ENGAGED IN CONSPIRACY TO COMMIT BANK FRAUD.
24     MR. AND MRS. DUREN, DOES EACH OF YOU UNDERSTAND THE
25 CHARGES AGAINST YOU?  MR. DUREN?

1   DEFENDANT TYRONE DUREN: YES, SIR.
2   THE COURT: AND MRS. DUREN?
3   (NO AUDIBLE RESPONSE.)
4   THE COURT: I'M SORRY?
5   DEFENDANT JENNIFER DUREN: YES.
6   THE COURT: THANK YOU.
7   DOES COUNSEL WAIVE READING OF THE COMPLAINT?
8   MR. COLOMBO: YES, YOUR HONOR.
9   MR. ARENDSEN: YES AS TO MS. DUREN AS WELL.
10  THE COURT: NOW, IT IS MY UNDERSTANDING THAT
11  MR. COLOMBO AND MR. HERNANDEZ ARE MAKING A SPECIAL APPEARANCE
12  ON BEHALF OF MR. DUREN TODAY.
13  DO YOU EXPECT TO BE ENTERING A GENERAL APPEARANCE AT
14  A LATER DATE?
15  MR. COLOMBO: YES, YOUR HONOR. THAT WOULD BE THE
16  ANTICIPATION.
17  THE COURT: THANK YOU.
18  AND MR. ARENDSEN IS HERE SPECIALLY APPEARING FOR
19  MRS. DUREN.
20  DO YOU ALSO EXPECT TO BE MAKING A GENERAL
21  APPEARANCE?
22  MR. ARENDSEN: I DO, YOUR HONOR, ALONG WITH
23  MR. BLAIR.
24  THE COURT: ALL RIGHT. THANK YOU. I'M SORRY. AND
25  MR. BLAIR. I MEANT TO MENTION HIM.

1          ALL RIGHT.  THE PRELIMINARY HEARING WILL TAKE PLACE
2  BEFORE JUDGE GALLO ON DECEMBER 13TH AT 2 O'CLOCK.  THE
3  ARRAIGNMENT ON DECEMBER 27TH AT 2 O'CLOCK ALSO BEFORE JUDGE
4  GALLO.
5          MAY I HAVE THE GOVERNMENT'S POSITION AS TO BAIL,
6  PLEASE.
7          MR. RAPP:  WITH RESPECT TO TYRONE DUREN, THE UNITED
8  STATES IS SEEKING DETENTION.
9          WITH RESPECT TO JENNIFER DUREN, THE UNITED STATES
10 CONCURS WITH THE RECOMMENDATION AND HAS CONFERRED WITH
11 DEFENSE COUNSEL, AND THE PARTIES HAVE AGREED TO AN ADDITIONAL
12 TERM TO BE ADDED.
13         THE COURT:  OKAY.  DO YOU WANT TO SET FORTH WHAT THE
14 AGREEMENT IS?
15         MR. RAPP:  YES.  THE ADDITIONAL TERM THAT THE
16 PARTIES HAVE AGREED TO IS THAT THE DEFENDANT WILL NOT ENGAGE
17 IN ANY FINANCIAL TRANSACTION, INCLUDING ANY REAL ESTATE
18 TRANSACTION, EXCEEDING $1,000 WITHOUT FIRST SEEKING THE
19 APPROVAL OF THE PRETRIAL -- OF THE ASSIGNED PRETRIAL SERVICE
20 OFFICER.
21         MR. ARENDSEN:  WE CONCUR IN THAT, YOUR HONOR.
22         THE OTHER AGREEMENT THAT WE HAVE REACHED IS THAT WE
23 WOULD CONCUR WITH A $50,000 RECOMMENDATION, BUT THAT IT BE
24 SECURED BY TWO FINANCIALLY RESPONSIBLE ADULTS RATHER THAN
25 REAL PROPERTY.  WE BELIEVE THAT'S APPROPRIATE BASED ON THE

1    FACT THAT SHE'S NOT A RISK OF FLIGHT AND THE OTHER FACTORS
2    FOR THE COURT'S CONSIDERATION.
3            THE COURT:  ALL RIGHT.  THANK YOU.
4            FIRST AS TO MR. DUREN, SIR, AS YOU KNOW, THE
5    GOVERNMENT IS MOVING FOR DETENTION IN YOUR CASE.  AND I WILL
6    SET A HEARING ON THE GOVERNMENT'S MOTION FOR DECEMBER 6TH AT
7    2:30 BEFORE JUDGE GALLO.
8            MR. COLOMBO:  YOUR HONOR, IF YOUR HONOR IS PREPARED
9    TO ACCOMMODATE ARGUMENT TODAY, THE DEFENSE WOULD BE PREPARED
10   IF YOUR HONOR IS -- COULD ACCOMMODATE US.
11           THE COURT:  WHAT IS THE GOVERNMENT'S POSITION?  DO
12   YOU WANT TO PROCEED TODAY AS TO MR. DUREN, OR DO YOU WANT TO
13   HAVE THE THREE DAYS?
14           MR. RAPP:  I THINK THE UNITED STATES WOULD LIKE
15   THREE DAYS, JUDGE.  WE'D LIKE TO BRIEF SOME MATTERS FOR THE
16   COURT.
17           THE COURT:  OKAY.
18           MR. COLOMBO:  UNDERSTOOD, YOUR HONOR.
19           THE COURT:  ALL RIGHT.
20           MR. COLOMBO:  SO DECEMBER --
21           THE COURT:  WILL DECEMBER 6TH BE SUFFICIENT TIME
22   FOR -- IF YOU'RE GOING TO ENGAGE IN BRIEFING FOR JUDGE GALLO,
23   I DON'T KNOW IF YOU'LL NEED MORE TIME.
24           MR. RAPP:  WE DON'T.
25           MR. COLOMBO:  THAT'S FINE.  THE DEFENSE WILL BE

1 AVAILABLE DECEMBER 6TH AT 2:30, YOUR HONOR.

2 THE COURT: ALL RIGHT. SO MR. DUREN, YOUR DETENTION
3 HEARING WILL BE DECEMBER 6TH AT 2:30.

4 AS TO JENNIFER LYNN DUREN, THE PRETRIAL SERVICES
5 OFFICER, MS. RIEDLING, HAS RECOMMENDED GPS MONITORING.

6 MS. PFLAUM, IS THERE ANYTHING ELSE YOU'D LIKE TO
7 SAY?

8 MS. PFLAUM: NO, YOUR HONOR. JUST THAT IF IT IS
9 ORDERED, THAT IT WILL BE UNDER HOME DETENTION.

10 THE COURT: DO COUNSEL WISH TO BE HEARD ON THAT?

11 MR. ARENDSEN: JUST VERY BRIEFLY.

12 TO BE CANDID, I HAVEN'T HAD A CHANCE TO DISCUSS THIS
13 WITH THE ASSISTANT U.S. ATTORNEY. I THINK WE'RE AMENABLE TO
14 THE MONITORING. I THINK WE WOULD PREFER NOT TO HAVE HOME
15 DETENTION. I DON'T THINK THAT THAT'S NECESSARY BASED ON HER
16 LACK OF CRIMINAL HISTORY, AND I DON'T THINK SHE'S A FLIGHT
17 RISK. BUT, AGAIN, I HAVEN'T HAD A CHANCE TO SPEAK WITH
18 COUNSEL ABOUT IT.

19 THE COURT: YOU'RE WELCOME TO SPEAK NOW IF YOU'D
20 LIKE.

21 MR. RAPP: YES. WE WOULD PREFER HOME DETENTION. IT
22 MIGHT BE -- DOWN THE ROAD, THERE MIGHT BE SOME CHANGES TO
23 THAT, BUT AT THE MOMENT, WE WOULD LIKE THAT IN THE SHORT
24 TERM.

25 MR. ARENDSEN: THAT SEEMS FAIR.

1  THE COURT: ALL RIGHT. I'M GOING TO SET BAIL AS TO
2  MS. DUREN AS FOLLOWS: IN ACCORDANCE WITH THE AGREEMENT OF
3  THE PARTIES, AND HAVING REVIEWED THE PRETRIAL SERVICES
4  REPORT, I WILL IMPOSE A $50,000 PERSONAL APPEARANCE BOND
5  SECURED BY THE CO-SIGNATURES OF THE DEFENDANT AND TWO
6  FINANCIALLY RESPONSIBLE ADULTS.
7  MS. DUREN, YOUR TRAVEL WILL BE RESTRICTED TO THE
8  SOUTHERN DISTRICT OF CALIFORNIA AND YOU MUST NOT ENTER
9  MEXICO.
10  YOU ARE TO SURRENDER ANY VALID PASSPORT AND NOT
11  APPLY FOR ANY NEW TRAVEL DOCUMENTS DURING THE PENDENCY OF
12  THIS CASE.
13  YOU ARE TO ACTIVELY SEEK AND MAINTAIN FULL-TIME
14  EMPLOYMENT, SCHOOLING OR A COMBINATION OF BOTH.
15  ALL RIGHT. AND YOU WILL BE PARTICIPATING IN THE
16  COURT'S LOCATION-MONITORING PROGRAM. YOU'LL BE PLACED ON GPS
17  MONITORING, AND YOU WILL BE UNDER HOME DETENTION AT THIS
18  TIME.
19  DOES ANYONE BELIEVE ANY OTHER CONDITIONS NEED TO BE
20  SET AS TO MRS. DUREN?
21  MR. ARENDSEN: NOT WITH RESPECT TO DEFENSE COUNSEL,
22  YOUR HONOR.
23  MR. RAPP: I WOULD ASK THAT IF THIS DEFENDANT WERE
24  TO DISCUSS THIS CASE, EVEN WITH FAMILY MEMBERS, THAT SHE ONLY
25  DISCUSS INNOCENT FAMILY MEMBERS, AND NOT THE DETAILS OF THIS

1  CASE. I REALIZE THAT HER ATTORNEYS WILL PROBABLY GIVE HER

2  THE SAME ADVICE, BUT I WANTED TO MAKE THAT A CONDITION.

3  MR. ARENDSEN: MY ONLY CONCERN ABOUT CONDITIONS OF

4  THAT NATURE IS THAT IT'S SOMEWHAT DIFFICULT TO ENFORCE OR --

5  YOU KNOW, SORT OF THE WIDE RANGE OF INTERPRETATION ABOUT WHO

6  THAT MIGHT APPLY TO. BUT I WOULD JUST PUT IT ON THE RECORD

7  THAT WE WILL ADVISE OUR CLIENT NOT TO SPEAK WITH ANYONE ABOUT

8  THE CASE.

9  MR. RAPP: I THINK THAT'S SATISFACTORY.

10  THE COURT: AND THEN THERE IS THE OTHER CONDITION

11  THAT THE PARTIES HAVE AGREED UPON THAT I WILL ADD. AND THAT

12  IS THAT THE DEFENDANT IS NOT TO ENGAGE IN ANY FINANCIAL

13  TRANSACTIONS, INCLUDING REAL ESTATE TRANSACTIONS, EXCEEDING

14  $1,000, WITHOUT THE PRIOR APPROVAL OF THE ASSIGNED PRETRIAL

15  SERVICES OFFICER.

16  THANK YOU, EVERYBODY.

17  MR. RAPP: THANK YOU, YOUR HONOR.

18  MR. ARENDSEN: THANK YOU, YOUR HONOR.

19  MS. PFLAUM: I'M SORRY. IRENE PFLAUM, PRETRIAL

20  SERVICES.

21  THE COURT: YES.

22  MS. PFLAUM: I WOULD ALSO LIKE TO REQUEST THAT THE

23  DEFENDANT BE RELEASED THE FOLLOWING BUSINESS DAY AFTER THE

24  BOND IS POSTED TO PRETRIAL SERVICES.

25  THE COURT: YES. THANK YOU.

1  THE DEFENDANT IS TO BE RELEASED TO PRETRIAL
2  SERVICES' CUSTODY THE FOLLOWING BUSINESS DAY AFTER APPROVAL
3  OF THE BOND PACKAGE BY 10:00 A.M.
4  MR. ARENDSEN: VERY WELL.
5  THE COURT: THANK YOU, EVERYBODY.
6  (PROCEEDINGS CONCLUDED AT 11:15 A.M.)
7  -- oo0oo --
8  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
9  FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
10 ABOVE-ENTITLED MATTER.
11
12 /S/CAMERON P. KIRCHER                    9-14-18
   TRANSCRIBER                              DATE