UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
            PLAINTIFF,       )    CASE NO. 16MJ3668-WVG
                             )
VS.                          )    SAN DIEGO, CALIFORNIA
                             )
TYRONE CEDRIC DUREN,         )    TUESDAY,
                             )    DECEMBER 6, 2016
            DEFENDANT.       )    2:09 P.M.
_____)
```

TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:       KEVIN M. RAPP (TELEPHONICALLY)
                          ASSISTANT U.S. ATTORNEY
                          880 FRONT STREET
                          SAN DIEGO, CALIFORNIA  92101

FOR THE DEFENDANT:        ANTHONY E. COLOMBO, JR.
                          ATTORNEY AT LAW
                          105 WEST F. STREET
                          SUITE 310
                          SAN DIEGO, CALIFORNIA  92101


TRANSCRIPT ORDERED BY:    JOHN KIRBY, ESQ.

TRANSCRIBER:              CAMERON P. KIRCHER


PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION.

COMPUTER-AIDED TRANSCRIPTION

1  SAN DIEGO, CALIFORNIA - TUESDAY, DECEMBER 6, 2016
2  2:09 P.M.
3  THE CLERK: ALL RIGHT. CALLING MATTER NO. 20,
4  16MJ3668, THE UNITED STATES OF AMERICA VERSUS TYRONE CEDRIC
5  DUREN.
6  MR. COLOMBO: GOOD AFTERNOON, YOUR HONOR. ANTHONY
7  COLOMBO ON BEHALF OF MR. DUREN, WHO IS PRESENT AND IN
8  CUSTODY.
9  THE COURT: GOOD AFTERNOON.
10  MR. RAPP: GOOD AFTERNOON. KEVIN RAPP ON BEHALF OF
11  THE UNITED STATES.
12  MR. COLOMBO: YOUR HONOR, THIS AFTERNOON --
13  THE COURT: GOOD AFTERNOON. HOLD ON.
14  MR. DUREN, THIS IS THE TIME FOR YOUR DETENTION
15  HEARING.
16  MR. RAPP, YOU'RE IN PHOENIX?
17  MR. RAPP: I AM, YOUR HONOR.
18  THE COURT: U.S. ATTORNEY'S OFFICE THERE?
19  MR. RAPP: I AM.
20  THE COURT: ALL RIGHT. AND THE U.S. ATTORNEY'S
21  OFFICE HERE IS CONFLICTED OFF; IS THAT RIGHT?
22  MR. RAPP: THAT'S CORRECT.
23  THE COURT: OKAY. ALL RIGHT. MR. COLOMBO.
24  MR. COLOMBO: YES, YOUR HONOR.
25  WE WERE ON THIS AFTERNOON FOR A DETENTION HEARING.

1  IT WOULD BE MY REQUEST TO CONTINUE THE DETENTION HEARING TO
2  NEXT TUESDAY AFTERNOON AT 2:30, FOR TWO REASONS.  NO. 1 IS
3  I'M WORKING DILIGENTLY WITH MR. DUREN'S FAMILY TO PROVIDE
4  PROPER SURETIES AND PRESENT THEM TO THE COURT.
5            AND IN ADDITION, THE GOVERNMENT FILED YESTERDAY
6  AFTERNOON A VERY DETAILED BRIEF THAT I'D LIKE THE TIME TO
7  REVIEW AND CAN REVIEW WITH MR. DUREN AND BE ABLE TO
8  APPROPRIATELY RESPOND TO IT AT THE DETENTION HEARING.
9            THE COURT:  ALL RIGHT.  MR. COLOMBO, ARE YOU MAKING
10 A GENERAL APPEARANCE AT THIS TIME?
11           MR. COLOMBO:  NO.  I MADE A SPECIAL APPEARANCE THE
12 OTHER DAY.  I WOULD REQUEST THAT MY SPECIAL APPEARANCE BE
13 CONTINUED AND HOPEFULLY THE STATUS OF COUNSEL WOULD ALSO BE
14 RESOLVED BY NEXT TUESDAY.
15           THE COURT:  ALL RIGHT.  MR. DUREN, YOU HAVE THE
16 RIGHT TO HAVE A PROMPT DETENTION HEARING.  ARE YOU IN
17 AGREEMENT WITH MR. COLOMBO TO CONTINUE YOUR DETENTION HEARING
18 OUT ONE WEEK UNTIL NEXT TUESDAY?
19           THE DEFENDANT:  YES.
20           THE COURT:  ALL RIGHT.  MR. DUREN, I WILL GRANT YOUR
21 REQUEST.  WE'LL CONTINUE THE MATTER UNTIL THE 13TH OF
22 DECEMBER AT 2 O'CLOCK, 2 O'CLOCK, WHICH HAPPENS TO COINCIDE
23 WITH THE TIME AND DATE FOR YOUR PRELIMINARY HEARING.  YOU'RE
24 ORDERED BACK HERE ON THAT DATE AND TIME.
25           DO YOU UNDERSTAND, SIR?

1    THE DEFENDANT: YES, YOUR HONOR.
2    THE COURT: ALL RIGHT. MR. COLOMBO, YOU'RE MAKING A
3 SPECIAL APPEARANCE NOW. WE'LL ALSO HOLD A STATUS OF COUNSEL
4 HEARING ON THE SAME DATE AND TIME.
5    AND MR. RAPP, YOU FILED SOME DOCUMENTS; IS THAT WHAT
6 I UNDERSTAND?
7    MR. RAPP: JUDGE, WE HAVE HAD SOME DIFFICULTY
8 GETTING CERTIFIED TO FILE SOME DOCUMENTS. WE JUST COMPLETED
9 THAT WITHIN THE HOUR. WE'LL BE FILING OUR -- WE PROVIDED
10 MR. COLOMBO AND THE COURT A COURTESY COPY, BUT WE'VE BEEN
11 UNABLE TO FILE OUR DETENTION MOTION. WE EXPECT TO DO THAT
12 WITHIN THE HOUR. AND SO THAT WILL BE FILED. ALSO OUR NOTICE
13 OF APPEARANCE WILL ALSO BE FILED AS WELL.
14    THE COURT: OKAY. DO YOU HAVE THAT ALREADY,
15 MR. COLOMBO?
16    MR. COLOMBO: I DO HAVE THE DETENTION MOTION, YOUR
17 HONOR.
18    THE COURT: ALL RIGHT.
19    MR. COLOMBO: MR. RAPP SENT IT TO ME YESTERDAY
20 AFTERNOON.
21    THE COURT: ALL RIGHT. I SUPPOSE THIS IS GOING TO
22 BE SOMETHING THAT I'LL NEED TO READ BEFORE THE NEXT HEARING.
23 SO MR. COLOMBO, WHEN DO YOU THINK YOU'RE GOING TO HAVE YOUR
24 RESPONSE FILED SO I CAN HAVE THE BENEFIT OF READING THE
25 GOVERNMENT'S PAPERS AND YOURS BEFORE THE DETENTION HEARING?

1  MR. COLOMBO: IF I COULD HAVE UNTIL FRIDAY
2  AFTERNOON, YOUR HONOR, THAT WOULD BE APPRECIATED.
3  THE COURT: I THINK THAT WILL BE FINE. ALL RIGHT.
4  SO FRIDAY AFTERNOON, MR. COLOMBO, FILE ANY OPPOSITION OR
5  ANYTHING ELSE THAT YOU WOULD LIKE TO FILE IN PREPARATION FOR
6  THE DETENTION HEARING. I THINK THAT DOES IT FOR TODAY.
7  ANYTHING ELSE, MR. COLOMBO?
8  MR. COLOMBO: NO. THANK YOU, YOUR HONOR.
9  THE COURT: YOU'RE WELCOME.
10  MR. RAPP, ANYTHING ELSE FROM YOUR END?
11  MR. RAPP: NO, YOUR HONOR. THANK YOU FOR
12  ACCOMMODATING ME.
13  THE COURT: ALL RIGHT. YOU'RE WELCOME.
14  OKAY. THAT'S ALL. MR. DUREN, THAT'S ALL FOR TODAY.
15  THANK YOU.
16  THE DEFENDANT: THANK YOU.
17  (PROCEEDINGS CONCLUDED AT 2:12 P.M.)
18                    -- oo0oo --
19  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
20  FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
21  ABOVE-ENTITLED MATTER.
22
23  /S/CAMERON P. KIRCHER             9-14-18
    TRANSCRIBER                       DATE
24
25