1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,                    Case No. 16-CR-2892-JAH

11                           Plaintiff,           PRELIMINARY ORDER
                                                  OF CRIMINAL FORFEITURE
12            v.

13   TYRONE CEDRIC DUREN,

14                           Defendant.

15

16        WHEREAS, in the Superseding Indictment and Bill of Particulars in this case, the United

17   States sought forfeiture of all the property involved in the commission of the offenses as charged

18   in the Superseding Indictment and Bill of Particulars pursuant to 18 U.S.C. §§ 981(a)(1)(B) and

19   (C) and 982(a) and 28 U.S.C. § 2461(c); and

20        WHEREAS, on April 29, 2019, TYRONE CEDRIC DUREN (the "Defendant") pled guilty

21   before U.S. District Court Judge John A. Houston in open court without a written plea agreement

22   for violations of: 18 U.S.C. § 1957(a), Money Laundering, a Class C felony offense, as charged

23   in Counts 14-23 of the Superseding Indictment; 18 U.S.C. § 1001, False Statement, a Class D

24   felony offense, as charged in Counts 27-34 of the Superseding Indictment; and 26 U.S.C. § 7201,

25   Tax Evasion, a Class D felony offense, as charged in Count 38 of the Superseding Indictment;

26   and

27        WHEREAS, on April 29, 2019, this Court accepted Defendant's guilty plea; and

28

WHEREAS, by virtue of the facts admitted by the Defendant during his plea and the facts presented in the government's motion and affidavit, the United States has established the requisite nexus between the forfeited properties and the offenses set forth in Counts 14-23, 27-34 and 38 of the Superseding Indictment, and the United States and it is now entitled to possession of said properties, pursuant to 18 U.S.C. §§ 981(a)(1)(B) and (C) and 982(a), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely:

A.   **Bonsall Property**

**1) 31241 Old River Road, Bonsall, California, 92003**

PARCEL NO. 126-350-17-00

Lot 53 San Luis Rey Fairway Estates Unit No. 1, in the County of San Diego, State of California, according to Map thereof No. 6422, filed in the Office of the County Recorder of San Diego County on July 15, 1969.

B.   **Philadelphia Properties**

**1) 3188 South Weikel Street, Philadelphia, Pennsylvania 19134**

PARCEL NO. 25-2399900

ALL THAT CERTAIN lot or piece of ground with the two story brick dwelling thereon erected.

SITUATE on the northwest side of Weikel Street at the distance of 102 feet southwest from the southwest side of Allegheny Avenue in the Twenty-Fifth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Weikel Street 12 feet and extending of that width in length or depth northwest between parallel lines at right angles with the said Weikel Street 36 feet.

BEING PREMISES NUMBER: 3188 Weikel Street.

**2) 1937 South Alden Street, Philadelphia, Pennsylvania 19143**

2

16cr2892

PARCEL NO. 40-1012700

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the northeast side of Alden Street at the distance of Two Hundred Seventy-Seven feet southwestwardly from the southeast side of Chester Avenue in the Fortieth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Alden Street fifteen feet and extending of that width in length or depth northeastwardly at right angles with the said Alden Street Fifty-Three feet to a certain Two feet Six inches wide alley extending northwestwardly and southeastwardly and communicating at each end thereof with a certain other Two Feet Six Inches wide alley leading southwestwardly into said Alden Street.

BEING KNOWN AS NO: 1937 South Alden Street.

3) **2831 West Huntingdon Street, Philadelphia, Pennsylvania 19132**

PARCEL NO. 28-1312600

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the north side of Huntingdon Street at the distance of Two Hundred Twelve feet Two and Three-Fourths inches westward from the west side of Twenty-Eighth Street in the Twenty-Eighth Ward of the City of Philadelphia.

THENCE extending north eleven degrees thirty-five minutes east fifty-three feet six inches to a three feet wide alley.

THENCE extending westward on same Fourteen feet Nine and One-Half inches to a point.

THENCE extending south ten degree fifty-eight minutes west fifty-three feet six inches to Huntingdon Street.

THENCE extending eastward on same Fourteen feet Two and Three-Fourths inches to the place of beginning.

BEING KNOWN AS NO: 2831 West Huntingdon Street.

4) **1001 West Sedgley Avenue, Philadelphia, Pennsylvania 19140**

PARCEL NO. 43-1004550

16cr2892

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected, described according to a Survey and Plan thereof made by Walter Brinton, Esquire, Surveyor and Regulator of the Fifth District on December 19, 1913, and revised March 9, 1914, as follows, to wit:

SITUATE on the north side of Sedgley Avenue and the west side of Tenth Street in the Forty-Third Ward of the City of Philadelphia; thence extending along the said Sedgley Avenue south Sixty-Five degrees Fifty-Eight minutes west Fourteen feet Six and Five-eighths inches to a point; thence north Twenty-Four degrees two minutes west Seventy-Seven feet Six inches to a point on the south side of a certain Three feet wide alley extending east; thence south; thence east; thence southeast into Tenth Street; thence along said alley the following courses and distances, to wit: north Sixty-five degrees Fifty-Nine minutes east Twelve feet Six and One Half inches to a point, south Twenty-Four degrees Two minutes east Fifteen Feet Three inches to a point; thence north Sixty-five degrees Fifty-Eight minutes east Six feet Two and One Half inches to a point; thence south Seventy-Five degrees Fifty-Seven minutes east Thirty feet Six and Three-Eights inches to a point on the west side of said Tenth Street; thence along same south Eleven degrees Twenty-One minutes west Forty-Eight feet Nine inches to a place of beginning.

BEING NO: 1001 West Sedgley Avenue.

**5)   3107 Arbor Street, Philadelphia, Pennsylvania 19134**

PARCEL NO. 07-1461500

ALL THAT CERTAIN lot or piece of ground with the brick messuage or tenement thereon erected.

SITUATE on the easterly side of Arbor Street at the distance of 106 feet northwardly from the northerly side of Clearfield Street in the 7th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Arbor Street 13 feet 10 inches and extending of that width in length or depth eastwardly between parallel lines at right angles to the said Arbor Street 44 feet 4 inches to the middle of a certain 3 feet wide alley which extends northwardly and southwardly and communicates at each end thereof with a certain other 3 feet wide alley extending into Arbor Street, aforesaid.

BEING NO: 3107 Arbor Street.

**6)  2427 North Gratz Street, Philadelphia, Pennsylvania 19132**

PARCEL NO. 16-2050600

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

4

16cr2892

SITUATE on the east side of Gratz Street at the distance of One-Hundred Eighty Seven feet northward from the north side of York Street in the Twenty-Eighth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Gratz Street Fourteen feet One inch and extending eastward between parallel lines at right angles to the said Gratz Street Fifty feet to the middle of a certain Four feet wide alley leading from York Street to Cumberland Street.

BEING KNOWN AS NO: 2427 North Gratz Street.

**7) 50 North Millick Street, Philadelphia, Pennsylvania 19139**

PARCEL NO. 34-1119900

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Hereditaments and Appurtenances.

SITUATE on the West side of Millick Street at the distance of 364 feet Northward from the North side of Market Street in the 34th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania.

CONTAINING in front or breadth on said Millick Street, 15 feet and extending of that width in length or depth Westward between parallel lines at right angles to the said Millick Street, 67 feet to a certain 3 feet wide alley which extends Northward into Arch Street and communicates at its Southern end with another 3 feet wide alley which extends Westward from Millick Street to 61st Street.

BEING known as 50 North Millick Street, Philadelphia, Pennsylvania 19139.

**8) 1301 South Paxon Street, Philadelphia, Pennsylvania 19143**

PARCEL NO. 27-3100300

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,

SITUATE on the corner formed by the intersection of the Northeasterly side of Paxon Street with the Southeasterly side of Kingsessing Avenue in the 27th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Paxon Street 14 feet 9 inches and extending of that width in length or depth Northeastwardly between parallel lines at right angles to the said Paxon Street and along the Southeasterly side of Kingsessing Avenue 60 feet to a certain 12 feet wide alley extending Southeastwardly from said Kingsessing Avenue to Greenway Avenue.

BEING NO. 1301 South Paxon Street, Philadelphia, Pennsylvania.

**9)    6033 North American Street, Philadelphia, Pennsylvania 19120**

PARCEL NO. 61-2406700

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, described according to a survey and Plan thereof made on November 5, 1924 by Walter Brinton, Esq., Surveyor and Regulator of the 5th Survey District of the City of Philadelphia, as follows to wit:

SITUATE on the Easterly side of American Street (40 feet wide) at the distance of 239 feet 10 inches Northwardly from the Northerly side of Champlost Avenue (70 feet wide) in the 61st Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said American Street 15 feet 1 inch and extending of that width in length or depth Eastwardly between lines parallel with Spencer Avenue 80 feet to the center of a certain 15 feet wide driveway which extends Northwardly into the said Spencer Avenue and Southwardly into a certain other 15 feet wide driveway which extends Westwardly into the said American Street and Eastwardly into Philip Street.

BEING NO. 6033 American Street.

(hereafter the "Bonsall Property" and the "Philadelphia Properties"); and

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Based upon the factual admissions of the Defendant during his guilty plea and the facts presented in the government's motion and affidavit, the United States is hereby authorized to take custody and control of the following properties, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties, pursuant to 21 U.S.C. § 853, for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

a.    The Bonsall Property, or the net sales proceeds from the interlocutory sale of the Bonsall Property as authorized by this Court's Order (doc. 223); and

b.    The Philadelphia Properties.

2.    The aforementioned forfeited assets are to be held by the U.S. Department of Homeland Security or the U.S Department of the Treasury – Fines, Penalties, and Forfeitures in its secure custody and control.

16cr2892

3.     Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.  The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States.  The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4.     Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.     This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6.     The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that is the subject of the Preliminary Order of Criminal Forfeiture.

7.     Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

16cr2892

1        8.     Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made

2 final as to the Defendant at the time of sentencing and is part of the sentence and included

3 in the judgment.

4       DATED: September 3, 2019

5

6          Hon. JOHN A. HOUSTON
         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16cr2892