MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Tyrone Duren

Case Number: 16-cr-02892    WITNESS LIST    Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 09-20-2019 | X | | MARITZA WEAVER |
| 09-20-2019 | X | | JOYCELIN TSAI |
| 11-06-2019 | | X | MARITZA WEAVER |
| 11-06-2019 | | X | MICHAEL HANDLEMAN |
| 11-07-2019 | | X | JOYCELIN TSAI |
| 11-07-2019 | | X | NICHET KELLY |
| 12-20-2019 | X | | JOYCELIN TSAI |