UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TYRONE CEDRIC DUREN,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  16cr02892 JAH<br><br>**ORDER RESCHEDULING SENTENCING HEARING** |

IT IS HEREBY ORDERED:

1. The sentencing hearing set for July 1, 2020 is vacated and rescheduled **to July 31, 2020 at 10:00 a.m.** The parties shall appear in person in Courtroom 13B for the sentencing hearing absent further order of the Court.

2. The provisions of the Speedy Trial Act are tolled pursuant to the emergency provisions under 18 USC Section 3174 and the ends of justice provision under 18 USC Section 3161(h)(7).

DATED:   May 27, 2020

_____
JOHN A. HOUSTON
United States District Judge